1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER YOUNGBLOOD, an individual,

                    Plaintiff,

          vs.

Bio-K + USA, Inc., a corporation qualified to conduct business in California; and DOES 1-10,

                    Defendant.

Case No.: CV 19-9572-DMG (AGRx)

**ORDER RE STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE [15]**

     Based upon the Parties' stipulation, and good cause appearing,

     **IT IS HEREBY ORDERED** that the above-captioned action is dismissed in its entirety with prejudice, each party to bear its own attorney's fees and costs. All scheduled dates and deadlines are VACATED.

DATED:  August 14, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-